1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  WILL EULISER SANCHEZ-MORALES

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   NO. 1:11-CR-00346 AWI
                                       )
12            Plaintiff,               )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING; ORDER
13       v.                            )
                                       )
14 WILL EULISER SANCHEZ-MORALES,       )   Date;  January 17, 2012
                                       )   Time:  9:00 A.M.
15            Defendant.               )   Judge: Hon. Anthony W. Ishii
                                       )
16 _____)

18       **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for December 19, 2011, **may be continued to January 17, 2012 at 9:00 a.m.**

21       This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation and case preparation and for further plea negotiation prior to hearing.  Counsel recently

23 received the presentence report prepared by the U.S. Probation Office and needs sufficient time to review

24 the report with the defendant prior to hearing.  Assistant U.S. Attorney Ian Garriques is not opposed to this

25 request.  The requested continuance will conserve time and resources for both counsel and the court.

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: December 14, 2011         By  /s/ Ian Garriques
                                 IAN GARRIQUES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 14, 2011         By  /s/ Marc Days
                                 MARC DAYS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 WILL EULISER SANCHEZ-MORALES

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   December 16, 2011                          _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; Order                -2-